| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffey, Jr., William S. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>5/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1721 United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE REPORT 2010 MAY 14 P 12: 37 RECEIVED

Duffey Jr., William S.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Mary Hall Freedom House, Inc. - Salary |
| 2. 2009 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. 2009 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. 2009 | Random House, Inc. - royalties from copyrights |
| 5. 2009 | Self-employed writer |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chemonics International, Inc. | 2/8/09-2/19/09 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 2. | Chemonics International, Inc. | 9/12/09-9/22/09 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -American LTD Term Tax-Ex Bond | A | Interest | | | Sold | 06/16/09 | K | | |
| 4. -Franklin Mutual Recovery C (name change) | A | Dividend | K | T | | | | | |
| 5. | | | | | | | | | |
| 6. -Atlanta WTR-A BE | B | Interest | K | T | | | | | |
| 7. -Van Kampen Emerging Markets C (name change) | | None | K | T | Sold (part) | 02/26/09 | L | | |
| 8. | | | | | Buy (add'l) | 3/19/09 | J | | |
| 9. -Van Kampen EQI GRW C (name change) | | None | | | Sold | 03/02/09 | K | | |
| 10. -Unit Van Kampen Equity Allocation Portfolio | A | Dividend | | | Sold | 03/02/09 | K | | |
| 11. | A | Distribution | | | | | | | |
| 12. -Blackrock Global Allocation C | A | Dividend | L | T | Buy | 03/13/09 | K | | |
| 13. | | | | | Sold (part) | 06/16/09 | J | A | |
| 14. -Van Kampen Capital Growth C | | None | K | T | Buy | 03/19/09 | K | | |
| 15. -Van Kampen Muni Income C | A | Dividend | K | T | Buy | 03/02/09 | L | | |
| 16. | B | Interest | | | Sold (part) | 12/10/09 | L | A | |
| 17. IRA #1 | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | C | Interest | | | | | | | |
| 19.   -MS Bank Deposit Program | | | | | | | | | |
| 20.   -FHR 2920 WG 5.25% | | | | | Sold (part) | 12/15/09 | J | | |
| 21.   -Federal National Mtg Assn | | | | | Sold (part) | 12/25/09 | J | | |
| 22.   -MS International Fund C | | | | | Sold | 03/02/09 | K | | |
| 23.   -Franklin Income C (name change) | | | | | Sold (part) | 02/26/09 | L | | |
| 24.   -MS Mortgage Securities Trust C | | | | | Buy | 03/02/09 | K | | |
| 25. | | | | | Sold | 03/19/09 | K | A | |
| 26.   -AIPABSRT | | | | | | | | | |
| 27.   -Fed Home LN BK 2/2/18 | | | | | Sold | 04/13/09 | K | A | |
| 28.   -MS Equally Weighted S&P 500 C | | | | | Buy | 04/21/09 | K | | |
| 29.   -Wells Fargo Company | | | | | Buy | 04/21/09 | J | | |
| 30.   -Duke Energy Corp | | | | | Buy | 04/21/09 | J | | |
| 31.   -Wellpoint Inc | | | | | Buy | 04/21/09 | J | | |
| 32.   -Caterpillar FINL | | | | | Buy | 04/28/09 | J | | |
| 33.   -Dell Inc | | | | | Buy | 04/21/09 | J | | |
| 34.   -Rio Tinto Finance USA Limited | | | | | Buy | 04/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -General Electric Capital Corp | | | | | Buy | 04/21/09 | J | | |
| 36. -Morgan Stanley | | | | | Buy | 04/21/09 | J | | |
| 37. -Comcast Corp New | | | | | Buy | 04/21/09 | J | | |
| 38. -Goldman Sachs Group Inc | | | | | Buy | 04/21/09 | J | | |
| 39. -Marathon Oil Corp | | | | | Buy | 04/21/09 | J | | |
| 40. -Verizon Communications | | | | | Buy | 04/21/09 | J | | |
| 41. -Glaxosmithkline Cap Inc | | | | | Buy | 04/21/09 | J | | |
| 42. -Kraft Foods Inc | | | | | Buy | 04/21/09 | J | | |
| 43. -Tyco International Finan | | | | | Buy | 04/21/09 | J | | |
| 44. -AT&T Inc | | | | | Buy | 04/21/09 | J | | |
| 45. -Metlife Inc | | | | | Buy | 04/21/09 | J | | |
| 46. -Boeing Co | | | | | Buy | 04/21/09 | J | | |
| 47. -CVS Caremark Corp | | | | | Buy | 04/21/09 | J | | |
| 48. -Indiana Michigan Power | | | | | Buy | 04/21/09 | J | | |
| 49. -Altria Group Inc | | | | | Buy | 04/21/09 | J | | |
| 50. IRA #2 | A | Interest | M | T | | | | | |
| 51. -MS Bank Deposit Program | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -AIPABSRT | | | | | | | | | |
| 53. -Keyworth Bank | | | | | | | | | |
| 54. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 55. -Van Kampen Growth & Income C | | | | | Sold | 3/02/09 | J | | |
| 56. -Van Kampen Corporate Bond C | | | | | Buy | 3/02/09 | J | | |
| 57. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 58. -Van Kampen Growth & Income C | | | | | | | | | |
| 59. NW Mutual Estate CompLife | | None | L | T | | | | | |
| 60. NW Mutual 65 Life | | None | L | T | | | | | |
| 61. K & S Investments | | None | J | U | | | | | |
| 62. C & B Capital I, L.P. * | A | Interest | K | U | | | | | |
| 63. | B | Dividend | | | | | | | |
| 64. C & B Capital II, L.P. ** | A | Interest | L | U | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66. | A | Dividend | | | | | | | |
| 67. Betsy Byars, Inc. | | None | M | W | | | | | |
| 68. Gold coins | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account #1 | | | | | | | | | |
| 70. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 71. -MS Equally Weighted S & P 500 | | None | | | Sold | 02/26/09 | K | | |
| 72. -Blackrock Global Allocation C | | None | | | Sold | 03/02/09 | K | | |
| 73. -Blackrock National Muni C | B | Interest | K | T | Buy | 03/02/09 | K | | |
| 74. | | | | | Sold (part) | 12/07/09 | J | A | |
| 75. Brokerage Account #3 | | | | | | | | | |
| 76. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 77. -Ishares Dow Jns US Financial Sector | | None | | | Sold | 02/26/09 | K | | |
| 78. -Ishares DJ US Cnsmr Non Cyclcl | | None | | | Sold | 03/02/09 | K | | |
| 79. -Ishares DJ US Healthcare Scter | | None | | | Sold | 02/26/09 | K | | |
| 80. -Ishares DJ US Indl Scter | | None | | | Sold | 03/02/09 | K | | |
| 81. -Ishares MSCI Emerging Mkts Fd | | None | | | Sold | 02/26/09 | J | C | |
| 82. -Ishares MSCI EAFE Fund | | None | | | Sold | 03/02/09 | K | | |
| 83. -Standard & Poors Midcap 400 | | None | | | Sold | 03/02/09 | K | B | |
| 84. -Ishares Barclays 1-3 Year Cred | A | Dividend | | | Buy | 04/22/09 | K | | |
| 85. | | | | | Sold | 09/15/09 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares Barclays 1-3 YR TSY BD | A | Dividend | | | Buy | 04/22/09 | J | | |
| 87. | | | | | Sold | 09/15/09 | J | | |
| 88. -Ishares Barclays Tips BD FD | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 89. | A | Distribution | | | Sold (part) | 06/26/09 | J | A | |
| 90. -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | Buy | 04/22/09 | K | | |
| 91. | | | | | Sold (part) | 06/02/09 | J | A | |
| 92. -Ishares S&P 500 Value Index | A | Dividend | K | T | Buy | 04/22/09 | K | | |
| 93. | | | | | Sold (part) | 06/02/09 | J | A | |
| 94. -Ishares S&P Midcap 400 Index | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 95. | | | | | Sold (part) | 06/02/09 | J | A | |
| 96. -Ishares S&P Smallcap 600 Index | A | Dividend | | | Buy | 04/22/09 | J | | |
| 97. | | | | | Sold | 12/11/09 | J | A | |
| 98. -Nuveen Municipal Value FD INC | A | Dividend | K | T | Buy | 04/22/09 | K | | |
| 99. | B | Interest | | | Sold (part) | 06/02/09 | J | A | |
| 100. -Powershares DB COMM TRK INC | | None | | | Buy | 06/26/09 | J | | |
| 101. | | | | | Sold | 12/11/09 | J | A | |
| 102. -SPDR GOLD TR GOLD SHS | | None | | | Buy | 04/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/11/09 | J | B | |
| 104. -Vanguard EMRG MKTS ETF | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 105. | | | | | Sold (part) | 06/02/09 | J | A | |
| 106. -Vanguard European ETF | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 107. | | | | | Sold (part) | 06/02/09 | J | A | |
| 108. -Vanguard Pacific ETF | A | Dividend | J | T | Buy | 04/22/09 | J | | |
| 109. | | | | | Sold (part) | 06/02/09 | J | A | |
| 110. -Vanauard REIT ETF | A | Dividend | J | T | Buy | 06/26/09 | J | | |
| 111. | A | Distribution | | | | | | | |
| 112. IRA #3 | E | Dividend | O | T | | | | | |
| 113. | C | Interest | | | | | | | |
| 114. | A | Distribution | | | | | | | |
| 115. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 116. -The Technology Sel Sec SPDR FD | | | | | Sold | 3/02/09 | K | | |
| 117. -Ishares Dow Jns US Fincl Sectr | | | | | Sold | 3/2/09 | J | | |
| 118. -Ishares DJ US Basic Mtls Sctr | | | | | Sold | 3/2/09 | K | | |
| 119. -Ishares Dow Jns US Cons Cyclcl | | | | | Sold | 2/26/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Ishares DJ US Healthcare Sctr | | | | | Sold | 3/2/09 | L | | |
| 121. -Powershares Dynamic Pharmaceutacal | | | | | Sold | 2/26/09 | K | | |
| 122. -Powershares Exchange TR FD | | | | | Sold | 3/2/09 | L | | |
| 123. -Eaton Vance Ltd Durations FD | | | | | Sold | 05/26/09 | K | | |
| 124. -Ishares S&P Glbl Engy Sctr Idx | | | | | Sold | 03/02/09 | L | E | |
| 125. -FHR 3237 CB | | | | | Sold | 05/26/09 | K | A | |
| 126. -GNMA Pool | | | | | Sold (part) | 12/20/09 | J | A | |
| 127. -US TSY Note 8/15/09 | | | | | Sold | 05/26/09 | K | A | |
| 128. -MFS Charter Income TR SBI | | | | | Sold | 5/26/09 | K | | |
| 129. -US TSY BD Fed 2/15/09 | | | | | Matured | 02/15/09 | K | D | |
| 130. -Ishares MSCl Growth Index FD | | | | | Sold | 03/02/09 | K | | |
| 131. -FHLMC 7/15/14 | | | | | Sold | 05/26/09 | L | C | |
| 132. -Ishares Glbl Tech Sectr | | | | | Sold | 2/26/09 | K | | |
| 133. -Ishares IBOXX Invest GR | | | | | Sold (part) | 12/16/09 | L | | |
| 134. -Ishares Barclays AGG (name change) | | | | | Sold | 5/26/09 | M | | |
| 135. -FHLMC 11/20/15 | | | | | Sold | 05/20/09 | K | A | |
| 136. -Ishares Barclays Tips BD FD | | | | | Buy | 02/25/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/16/09 | K | B | |
| 138. -Ishares Barclays 1-3 Year Cred | | | | | Buy | 05/26/09 | M | | |
| 139. | | | | | Sold | 12/16/09 | M | C | |
| 140. -Ishares Barclays 1-3 YR TSY BD | | | | | Buy | 5/26/09 | M | | |
| 141. | | | | | Sold (part) | 12/16/09 | L | | |
| 142. -Ishares IBOXX H/Y Corp BND | | | | | Buy | 12/16/09 | K | | |
| 143. -Ishares JP Morgan EM Bond FD | | | | | Buy | 12/16/09 | K | | |
| 144. -Ishares MSCI Canada Index FD | | | | | Buy | 12/16/09 | K | | |
| 145. -Ishares MSCI Japan Index Fund | | | | | Buy | 12/16/09 | K | | |
| 146. -Ishares MSCI Pac EX-JPN IDX | | | | | Buy | 12/16/09 | K | | |
| 147. -Ishares S&P 500 Value Index | | | | | Buy | 05/26/09 | K | | |
| 148. | | | | | Sold (part) | 12/16/09 | K | C | |
| 149. -Ishares S&P 500 GRWTH Index | | | | | Buy | 05/26/09 | L | | |
| 150. | | | | | Sold (part) | 12/16/09 | K | D | |
| 151. -Ishares S&P Midcap 400 Index | | | | | Buy | 05/26/09 | K | | |
| 152. -Ishares SP Smallcap 600 Index | | | | | Buy | 05/26/09 | K | | |
| 153. -Ishares TR MSCI Small Cap | | | | | Buy | 12/16/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 -$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Powershares DB Comm TRK INC | | | | | Buy | 12/16/09 | K | | |
| 155. -Vangaurd EMRG MKTS ETF | | | | | Buy | 12/16/09 | L | | |
| 156. -Vangaurd European ETF | | | | | Buy | 12/16/09 | L | | |
| 157. -Vangaurd Intermediate Term BND | | | | | Buy | 12/16/09 | M | | |
| 158. -Vangaurd REIT ETF | | | | | Buy | 6/26/09 | K | | |
| 159. -SPDR Gold TR Gold SHS | | | | | Buy | 05/26/09 | K | | |
| 160. | | | | | Sold | 12/16/09 | K | C | |
| 161. -Standard & Poors DEP RECPTS | | | | | Buy | 03/27/09 | L | | |
| 162. | | | | | Sold | 5/26/09 | M | D | |
| 163. -Vanguard Pacific ETF | | | | | Buy | 5/26/09 | J | | |
| 164. | | | | | Sold | 12/16/09 | J | B | |
| 165. One Georgia Bank | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Ownership interest percentage is 0.208971%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
- Central Security Group, Inc.
- VCG, LLC
- Global Care, Inc.
- NuBridges, Inc.
- Alimera Sciences, Inc.
- Focus Receivables Management, Inc.
- Healthmark Partners, Inc.
- Healthcare Solutions, Inc.
- S.P.I. Dynamics Incorporated

**Ownership interest percentage is 0.743396%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
- SnagAJob.com, L.P.
- CBG Holdings, Inc.
- Alimera Sciences, Inc.
- All Web Leads, Inc.
- Brightree, LLC
- Healthcare Solutions, Inc.
- Prommis Solutions, Inc.
- FX Bridge Technologies Incorporated
- PMW Technologies, Inc. d/b/a PeopleMatter
- SG-BGP, LLC/BPG Holdings, LLC
- Vesdia, Inc.
- The VIP Tour Company, Inc. (d/b/a Tickets Now)

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544